**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
-------------------------------------------------x
In re:                                  :
                                        :        Chapter 13
                                        :
          WAYNE ARNOLD,                 :
                                        :        Case No. 26-10262 (DJB)
                                        :
                    Debtor.             :
-------------------------------------------------x
```

**THE CITY OF PHILADELPHIA'S
OBJECTION TO THE PROPOSED FIRST AMENDED CHAPTER 13 PLAN**

TO THE HONORABLE DEREK J BAKER:

AND NOW, comes the City of Philadelphia, (the "City"), a secured creditor in the above-captioned case, by and through its Counsel, Beatrice Hanford, Assistant City Solicitor, pursuant to Bankruptcy Code §§ 506(b), 1325(a)(5), and L.B.R. 3015-4, to object to the proposed First Amended Chapter 13 Plan (the "Plan"), of the above-captioned debtor, (the "Debtor").  The City avers the following in support thereof:

1.      On January 22, 2026, the Debtor filed a voluntary petition for Chapter 13 bankruptcy with this Court.

2.      On January 22, 2026, the Debtor filed a list of all real property owned by them, which included the property located at 7645 Brentwood Road, Philadelphia PA 19151 (the "Subject Property"). A copy of the Debtor Schedule A/B is attached hereto as **Exhibit A**.

3.      The Debtor values the Subject Property at One Hundred Twenty-Eight Thousand Sixty-Five Dollars ($128,065.00). See Exhibit A.

4.      On May 20, 2026, the City filed secured claim amounting to Two Thousand One Hundred Seventy-Three Dollars and Two Cents ($2,173.02) for unpaid water/sewer usage charges (the

"Water/Sewer Claim") owed by the Debtor to the City at the subject property.  A copy of the proof of claim filed by the City is attached hereto as **Exhibit B**.

5.　　On April 30, 2026, the Debtor filed the Plan, which provides for a total payment in the amount of One Thousand Two Hundred Sixty-Six Dollars and Seventy-Five Cents ($1,266.75). A copy of Debtor's Plan is attached hereto as **Exhibit C.** However, the city filed a secured "Water/Sewer Claim" amounting to Two Thousand One Hundred Seventy-Three Dollars and Two Cents ($2,173.02) as detailed in paragraph 4.  See Exhibit B.

6.　　As neither the Debtor nor another party in interest has objected to the Water/Sewer Claim, as it is deemed allowed.  See 11 U.S.C. § 502(a).

7.　　The Plan should not be confirmed as it fails to adequately specify the correct payment for the Water/Sewer Claim.  See 11 U.S.C. §§ 506(b), 1325(a)(5)(B)(ii).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the Plan.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: July 22, 2026

By: */s/ Beatrice Hanford*
BEATRICE HANFORD
Assistant City Solicitor
PA Attorney I.D. 337091
Attorney for the City of Philadelphia
City of Philadelphia Law Department
Municipal Services Building
1401 JFK Boulevard, 5th Floor
Philadelphia, PA  19102-1595
215-686-0501 (phone)
Email: Beatrice.Hanford@phila.gov

**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA**

----------------------------------------------------x

In re:                                             :

                                              :          Chapter 13

    WAYNE ARNOLD**,**                      :

                                              :          Case No. 26-10262 (DJB)

           **Debtor.**         :

----------------------------------------------------x

\*   \*   \*   \*   \*   \*   \*

**CERTIFICATION OF SERVICE**

I, Beatrice Hanford, certify that on July 22, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- The City of Philadelphia's Objection to First Amended Chapter 13 Plan
- Exhibit A, Debtor's Scheduled A/B, filed January 22, 2026
- Exhibit B, City of Philadelphia's Proof of Claim, filed July 10, 2026
- Exhibit C, Debtor's First Amended Chapter 13 Plan, filed April 30, 2026

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: July 22, 2026

By: */s/ Beatrice Hanford*
BEATRICE HANFORD
Assistant City Solicitor
PA Attorney I.D. 337091
Attorney for the City of Philadelphia

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: KENNETH E. WEST

Address: Office of the Chapter 13 Standing Trustee

     190 N. Independence Mall West – Suite 701

     Philadelphia, PA 19106

Relationship of Party: Chapter 13 Trustee

Via:     (CM/ECF)     1st Class Mail     Certified Mail     e-mail: Other:

Name: UNITED STATES TRUSTEE

Address: Office of United States Trustee

     Robert N.C. Nix Federal Building

     900 Market Street – Suite 320

     Philadelphia, PA 19107

Relationship of Party: United States Trustee

Via:     (CM/ECF)     1st Class Mail     Certified Mail     e-mail: Other:

Name: BRAD J. SADEK

Sadek Law Offices, LLC

Address: 1500 JFK Boulevard, Suite 220

Philadelphia, PA 19102

Relationship of Party: Debtor's Counsel of Record

Via:     (CM/ECF)     1st Class Mail     Certified Mail     e-mail: Other:

Name: Wayne Arnold

Address: 7645 Brentwood Road

Philadelphia, PA 19151

Relationship of Party:

Via:     CM/ECF     (1st Class Mail)     Certified Mail     e-mail: Other: